D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94114
Telephone: (415) 404-6615
Facsimile:  (415) 404-6616
gill@sperleinlaw.com

Attorneys for Diamond S.J. Enterprise

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSÉ DIVISION

| | |
|---|---|
| DIAMOND S.J. ENTERPRISE, INC., d/b/a S.J. Live,<br><br>    Plaintiff,<br>v.<br><br>THE CITY OF SAN JOSÉ,<br><br>    Defendant. | **Case No. 5:18-cv-01353-LHK**<br><br>**CERTIFICATE OF SERVICE** |

I, TREY A. ROTHELL, DECLARE:

1. I am a citizen of the United States and am employed in Clark County, Nevada.

2. I am over the age of 18 years and am not a party to the within action.

3. My business address is Randazza Legal Group, PLLC, 4035 S. El Capitan Way, Las Vegas, Nevada 89147.

4. At the direction of attorney D. Gill Sperlein, I took the following measures to inform Defendant of the Court's <u>Order Denying Ex Parte Motion for a Temporary Restraining Order Without Prejudice for Failure to Comply with the Civil Local Rules 7-4 and 65-1</u> in this action.

. . .

. . .

. . .

- 1 -

Certificate of Service

5. On March 1, 2018 at approximately 5:47pm, I e-mailed Kendra Davis, attorney for The City of San Jose, at <Kendra.McGee-Davies@sanjoseca.gov> enclosing true and correct copies of the following documents:

    a. Certificate of Service (Dkt. No. 5)

    b. Consent or Declination to Magistrate Judge Jurisdiction (Dkt. No. 6)

    c. Assignment to Hon. Judge Lucy H. Koh (Dkt. No. 7)

    d. Certificate of Interested Entities or Persons (Dkt. No. 8)

    e. Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 9)

    f. Summons in a Civil Action (Dkt. No. 10)

    g. Proposed Order on Ex Parte Motion for Temporary Restraining Order (Dkt. No. 11)

    h. Order Denying Ex Parte Motion for a Temporary Restraining Order Without Prejudice for Failure to Comply with Civil Local Rules 7-4 and 65-1 (Dkt. No. 12)

    i. Order Directing Plaintiff to Serve Court's Order on Defendant (Dkt. No. 13)

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct, and that this declaration was executed at Las Vegas, Nevada.

Date: March 1, 2018.

_____
Trey A. Rothell